[Nos. 16057-2-III; 15995-7-III.   Division Three.   February 24, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCELLA MARIE TAYLOR, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE JOE RICHARDSON, *Appellant.*

Appeals from judgments of the Superior Court for Spokane County, Nos. 95-1-01949-9; 95-1-01950-2, Robert D. Austin, J., entered September 6 and August 9, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 16060-2-III.   Division Three.   February 24, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE A. DENISON, *Appellant.*

Appeal from a judgment of the Superior Court for Adams County, No. 92-1-00113-6, Thomas E. Merryman, J., entered August 7, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.

[Nos. 15340-1-III; 15427-1-III.   Division Three.   February 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PAULA MARIE LLOYD, ET AL., *Appellants.*

Appeals from judgments of the Superior Court for Spokane County, No. 95-1-01330-0; 95-1-01332-6, Paul A. Bastine, J., entered November 21 and December 20, 1995. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.